IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA RODGERS, | ) | CIVIL NO. 8:04-CV-120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| WELLS FARGO BANK OF NEBRASKA, | ) | |
| N.A., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Stipulation of the parties for dismissal of this matter pursuant to Fed. R. Civ. P. 41 (Filing 68).  In consideration of the Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter should be and therefore is dismissed in its entirety, with prejudice, each party to bear their own costs.

DATED this 30th  day of June, 2005.

BY THE COURT:

        s/ Jimm Larry Hendren

Jimm Larry Hendren
United States District Judge